IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| KEILA PÉREZ-SOLÍS, et al.,<br><br>　　　　Plaintiffs<br><br>　　　　v.<br><br>CB IMPORTS TRANSAMERICA CORP.<br>d/b/a MAXI BODY AUTO GLASS &<br>BODY PARTS, et al.,<br><br>　　　　Defendants | CIVIL NO. 07-1578 (JP)<br><br>**UNDER SEAL** |

### FINAL JUDGMENT

　　The parties hereto have informed the Court that they settled this case.  Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFFS TO HAVE AND RECOVER THE AMOUNT OF $60,000.00**.  This Judgment is a release from all damages and causes of action exercised in the complaint, and all damages and causes of action that could follow or emanate from the facts stated therein.  This Judgment is entered without the imposition of costs or attorney's fees.

　　**IT IS SO ORDERED.**

　　In San Juan, Puerto Rico, this 28th day of October, 2008.

　　　　　　　　　　　　　　　　　　　　s/Jaime Pieras, Jr.
　　　　　　　　　　　　　　　　　　　　JAIME PIERAS, JR.
　　　　　　　　　　　　　　　　　U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| s/Lizabel M. Negrón-Vargas<br>s/Edgardo L. Rivera-Rivera | s/Bayoán Muñiz-Calderón<br>s/Miriam B. Toledo-David |
| LIZABEL M. NEGRÓN-VARGAS, ESQ.<br>EDGARDO L. RIVERA-RIVERA, ESQ.<br>JOSÉ L. LUGO-MERCADO, ESQ. | BAYOÁN MUÑIZ-CALDERÓN, ESQ.<br>MIRIAM B. TOLEDO-DAVID, ESQ. |